UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   11-cr-00326-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  LAQUAN D. HARGROVE,

    Defendant.

---

**ORDER**

---

    This matter is before the Court upon a review of the file.  To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

    ORDERED that all pretrial motions shall be filed by **Monday, September 26, 2011,** and responses to these motions shall be filed by **Thursday, October 6, 2011.**  It is

    FURTHER ORDERED that a 3-day jury trial is set for **Monday, October 17, 2011, at 9:00 a.m. in courtroom A-1002.**

    Dated:  August 23, 2011.

                                        BY THE COURT:

                                        s/ Wiley Y. Daniel
                                        WILEY Y. DANIEL
                                        CHIEF U. S. DISTRICT JUDGE