UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   11-cr-00326-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  LAQUAN D. HARGROVE,

      Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

      Due to a scheduling conflict of the Court, the Status Conference set for **Monday, October 3, 2011, at 4:00 p.m.** is **VACATED** and **RESET** for **Friday, October 7, 2011, at 9:00 a.m.**

      Dated:  October 3, 2011.