IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   11-cr-00326-WYD

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1.  LAQUAN D. HARGROVE,

     Defendant.

## ORDER

This matter is before me on an *ex parte* request for an extension of time for the psychologist examining Defendant to file his report.  On October 14, 2011, I ordered that a licensed or certified psychiatrist or psychologist conduct a psychiatric or psychological examination of Defendant pursuant to 18 U.S.C. § 4247(c), and that at the conclusion of the examination, prepare a report to be filed with the Court, with copies to counsel for the Government and the Defendant.

On November 2, 2011, the Bureau of Prisons notified the Court that the examination of Defendant would commence on October 24, 2011, and end on November 22, 2011, and that a report would be sent on or before December 6, 2011. On December 2, 2011, the forensic psychologist examining Defendant submitted an *ex parte* request to the Court for additional time to prepare the report, to and including December 20, 2011.  Defendant, through counsel, has objected to the requested extension.  In his objection, Defendant states that because the request was filed *ex*

*parte* he is unaware of the basis for the request and whether the request was merely an extension of time to file the report, or for additional time to conduct the evaluation.

I note for the record that the psychologist requested the extension so that he could review Defendant's prior treatment records, and did not seek to extend the time allotted for evaluation of Defendant. Therefore, I find that the requested extension is reasonable, and will be granted.

Dated: December 12, 2011

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge