**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WILEY Y. DANIEL**

| | | | |
|---|---|---|---|
| Date: | March 22, 2013 | Prob./Pret.: | N/A |
| Courtroom Deputy: | Robert R. Keech | Interpreter: | N/A |
| Court Reporter/ECR: | Tammy Hoffschildt | | |

Criminal Case No.  **11-cr-00326-WYD**        Counsel:

UNITED STATES OF AMERICA,                     Hayley E. Reynolds
                                              Chad M. Troop
           Plaintiff,

v.

**1.  LAQUAN D. HARGROVE**,                   Scott T. Varholak

           Defendant.


## COURTROOM MINUTES

**MOTIONS HEARING**

**1:39 p.m.**     Court in Session - Defendant present (in-custody)

              APPEARANCES OF COUNSEL.

              Court's opening remarks.

              Defendant's Motion for Ruling That His Arrest Was Unlawful, Thereby Enabling a
              Jury Instruction on Justifiable Resistance to Unlawful Arrest (ECF Doc. No. 57),
              filed January 30, 2013, is raised for argument.

| | |
|---|---|
| 1:41 p.m. | Government's witness **Nicholas Matthew Simmons** sworn. |
| | Direct examination by Government (Ms. Reynolds).<br>*EX ID:*     *1, 2, 3, 4* |

**Exhibit(s) 1, 2, 3, 4 RECEIVED.**

| | |
|---|---|
| 2:00 p.m. | Cross examination by Defendant (Mr. Varholak).<br>*EX ID:*     *D* |
| 2:15 p.m. | Re-Direct examination by Government (Ms. Reynolds).<br>*EX ID:*     *D* |
| 2:17 p.m. | Government's witness **Adam Lee Doyle** sworn. |
| | Direct examination by Government (Ms. Reynolds). |
| 2:25 p.m. | Cross examination by Defendant (Mr. Varholak). |
| 2:33 p.m. | Re-Direct examination by Government (Ms. Reynolds). |
| 2:36 p.m. | Re-Cross examination by Defendant (Mr. Varholak). |
| 2:38 p.m. | Government's witness **Joseph Richard Roberts** sworn. |
| | Direct examination by Government (Mr. Troop). |
| 2:44 p.m. | Cross examination by Defendant (Mr. Varholak). |
| 2:45 p.m. | Government rests. |
| 2:45 p.m. | Defendant has no evidence to present. |
| 2:45 p.m. | Argument by Defendant (Mr. Varholak). |
| 3:02 p.m. | Argument by Government (Ms. Reynolds). |
| **ORDERED:** | Defendant's Motion for Ruling That His Arrest Was Unlawful, Thereby Enabling a Jury Instruction on Justifiable Resistance to Unlawful Arrest (ECF Doc. No. 57), filed January 30, 2013, is **TAKEN UNDER ADVISEMENT.** |
| **ORDERED:** | Defendant's Motion for Pretrial Disclosure of Rule 404(b) Evidence (ECF Doc. No. 61), filed February 12, 2013, is **DENIED AS MOOT.** |

                Defendant's Motion to Dismiss Multiplicitous Indictment (ECF Doc. No. 58), filed January 30, 2013, is raised for argument.

| | |
|---|---|
| 3:06 p.m. | Argument by Defendant (Mr. Varholak). |
| 3:11 p.m. | Argument by Government (Mr. Troop). |
| 3:18 p.m. | Argument by Defendant (Mr. Varholak). |
| 3:21 p.m. | Argument by Government (Mr. Troop). |
| 3:24 p.m. | Argument by Defendant (Mr. Varholak). |
| 3:27 p.m. | Argument by Government (Mr. Troop). |
| **ORDERED:** | Defendant's Motion to Dismiss Multiplicitous Indictment (ECF Doc. No. 58), filed January 30, 2013, is **DENIED.** |
| **ORDERED:** | Defendant's Motion for Bill of Particulars (ECF Doc. NO. 68), filed March 12, 2013, is **DENIED.** |
| | Defendant's Motion for Disclosure of Witness Impeachment Evidence (ECF Doc. No. 62), filed February 12, 2013, is raised for argument. |
| 3:32 p.m. | Argument by Defendant (Mr. Varholak). |
| 3:34 p.m. | Argument by Government (Ms. Reynolds). |
| **ORDERED:** | Defendant's Motion for Disclosure of Witness Impeachment Evidence (ECF Doc. No. 62), filed February 12, 2013, is **GRANTED.** |
| **ORDERED:** | Government shall provide counsel for defendant with witness impeachment evidence as it becomes available. |
| **ORDERED:** | Defendant shall file any motion related to insanity defense not later than **Monday, April 22, 2013.** |
| **ORDERED:** | A status conference is set for **Thursday, April 25, 2013, at 2:30 p.m., in Courtroom A-1002.** |

**ORDERED:**   Defendant is **REMANDED** into the custody of the U.S. Marshal.

**3:41 p.m.**   Court in Recess - HEARING CONCLUDED.

**TOTAL TIME:   2:02**

**CLERK'S NOTE:**   **EXHIBITS WERE RETURNED TO COUNSEL AT THE CONCLUSION OF THE HEARING.**