UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   11-cr-00326-WYD

UNITED STATES OF AMERICA,

     Plaintiff,

v.

LAQUAN D. HARGROVE,

     Defendant.

---

## MINUTE ORDER

---

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

     THIS MATTER is before the Court on the Government's Motion For Clarification [ECF No. 73] and Motion To Disclose Grand Jury Material To Defense [ECF No. 74]. After careful consideration, it is

     ORDERED that the defendant, Laquan D. Hargrove, shall file a response to the Government's Motion For Clarification [ECF No. 73] **on or before Monday**, **April 15**, **2013**. It is

     FURTHER ORDERED that the Government's Motion To Disclose Grand Jury Material To Defense [ECF No. 74] is **GRANTED**.  The Grand Jury materials disclosed shall be used solely for the purpose of Hargrove defending himself against the charges in this action.  Hargrove's counsel shall maintain custody of any copies of the disclosed materials and said materials shall not be reproduced or disseminated without further order by this Court.

     Dated:  April 4, 2013.