**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WILEY Y. DANIEL**

| | | | |
|---|---|---|---|
| Date: | April 25, 2013 | Prob./Pret.: | N/A |
| Courtroom Deputy: | Robert R. Keech | Interpreter: | N/A |
| Court Reporter/ECR: | Tammy Hoffschildt | | |

| | |
|---|---|
| Criminal Case No. **11-cr-00326-WYD** | <u>Counsel:</u> |
| UNITED STATES OF AMERICA, | Hayley E. Reynolds |
| | Chad M. Troop |
| Plaintiff, | |
| v. | |
| **1. LAQUAN D. HARGROVE**, | Scott T. Varholak |
| Defendant. | |

**COURTROOM MINUTES**

**STATUS CONFERENCE**

**2:39 p.m.** Court in Session - Defendant present (in-custody)

APPEARANCES OF COUNSEL.

Court's opening remarks.

2:41 p.m. Discussion regarding pending motions and speedy trial calculations.

**ORDERED:** Defendant shall file response to Government's Motion in Limine to Exclude Evidence of the Defendant's Diminished Mental Capacity, Mental Disease, or Defect, Other than Insanity [ECF Doc. No. 80], filed April 19, 2013, not later than **Tuesday, May 28, 2013.**

**ORDERED:**   Government's Motion for Clarification [ECF Doc. No. 73], filed March 27, 2013, is **DENIED AS MOOT.**

Defendant shall reply to Defendant's Motion to Restrict Access [ECF Doc. No. 77], filed April 10, 2013, and Defendant's Supplemental Motion to Restrict Access [ECF Doc. No. 83], filed April 23, 2013, are raised for argument.

2:46 p.m.   Argument by Defendant (Mr. Varholak)..

3:02 p.m.   Argument by Government (Ms. Reynolds).

**ORDERED:**   Government shall respond to Defendant's Motion to Restrict Access [ECF Doc. No. 77], filed April 10, 2013, and Defendant's Supplemental Motion to Restrict Access [ECF Doc. No. 83], filed April 23, 2013, not later than **Friday, May 10, 2013.**

**ORDERED:**   Defendant shall reply to Defendant's Motion to Restrict Access [ECF Doc. No. 77], filed April 10, 2013, and Defendant's Supplemental Motion to Restrict Access [ECF Doc. No. 83], filed April 23, 2013, not later than **Tuesday, May 28, 2013.**

3:15 p.m.   Ms. Reynolds and Mr. Troop are excused from the courtroom.

3:15 p.m.   Argument by Defendant (Mr. Varholak).

3:20 p.m.   Ms. Reynolds and Mr. Troop return into the courtroom.

3:20 p.m.   Discussion regarding setting the case for trial and speedy trial calculations.

**ORDERED:**   Defendant shall file any motion relating to speedy trial calculations not later than **Friday, May 6, 2013.**

**ORDERED:**   Government shall file response to motion relating to speedy trial calculations not later than **Monday, May 13, 2013.**

**ORDERED:**   Defendant is **REMANDED** into the custody of the U.S. Marshal.

**3:33 p.m.**   Court in Recess - HEARING CONCLUDED.

**TOTAL TIME:   :54**