IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  11-cr-00326-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  LAQUAN D. HARGROVE,

    Defendant.

## JUDGMENT OF ACQUITTAL

    Pursuant to Fed. R. Crim. P. 32(k), the following JUDGMENT OF ACQUITTAL is hereby entered.

    THIS MATTER came on for jury trial on September 23, 2013, before a duly impaneled jury of twelve, the Honorable Wiley Y. Daniel, Senior United States District Judge, presiding.  On September 25, 2013, the jury rendered a verdict of not guilty on all counts of the Superseding Indictment and lesser included offenses. Accordingly, it is hereby

    ORDERED that the defendant Laquan D. Hargrove is hereby acquitted of all charges against him and discharged, the Superseding Indictment and the Indictment are **DISMISSED.**

Dated:  September 26, 2013.

                              BY THE COURT:


                              /s/ Wiley Y. Daniel
                              WILEY Y. DANIEL,
                              SENIOR UNITED STATES DISTRICT JUDGE

Case 1:11-cr-00326-WYD   Document 165   Filed 09/26/13   USDC Colorado   Page 2 of 2